IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DESMOND BRADLEY, )<br>individually and as parent )<br>and next friend of C.B., a )<br>minor and A.B, a minor, )<br>et al., )<br>       ) <br>    Plaintiffs, )<br>       )<br>    v.    )<br>       )<br>       )<br>BIG'S TRUCKING, et al., )<br>       )<br>    Defendants. ) | CIVIL ACTION NO.<br>2:23cv122-MHT<br>(WO) |

ORDER

By agreement of the parties made on the record on October 18, 2023, and per the order (Doc. 11) requiring the parties to try to coordinate the proceedings in this case and in 2:23cv262-MHT *Moseley, et al. v. Big's Trucking, et al.*, because they are related, it is ORDERED that:

(1) Plaintiffs' motion to extend deadlines (Doc. 21) is treated as a notice of bankruptcy as to defendant Commercial Express, Inc., and is otherwise denied.

    (2) This case is stayed as to defendant Commercial Express, Inc., pursuant to 11 U.S.C. § 362.

    (3) On the third Wednesday of each month starting in November 2023, plaintiffs shall file a status report in this case as to (a) the status of the bankruptcy proceedings in case number 6:23-bk-01333 in the United States Bankruptcy Court, Middle District of Florida, Orlando Division, and (b) whether plaintiffs' claims against defendant Commercial Express, Inc. can move forward under the potential approach discussed during the status conference.

    DONE, this the 18th day of October, 2023.

                                   /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**