IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DESMOND BRADLEY,              )
individually and as parent    )
and next friend of C.B., a    )
minor and A.B, a minor,       )
et al.,                       )
                              )
     Plaintiffs,              )
                              )    CIVIL ACTION NO.
     v.                       )     2:23cv122-MHT
                              )         (WO)
BIG'S TRUCKING, et al.,       )
                              )
     Defendants.              )
```

ORDER

Upon consideration of the motion for leave to amend the complaint out of time to add an additional party plaintiff (Doc. 27), it is ORDERED that the motion is denied with leave to refile in compliance with the following instructions.

Should the plaintiffs wish to refile the motion, they shall state in the new motion what the position of the defendants is on the motion.  If the defendants oppose the motion, the plaintiffs must submit or include in the motion a brief in support of their

motion with citations to legal authority showing how the relief they request is permissible under the applicable law.  They should also attach the proposed amended complaint to the motion.

DONE, this the 15th day of November, 2023.

                                              /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE