IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DESMOND BRADLEY,              )
individually and as parent    )
and next friend of C.B., a    )
minor and A.B, a minor,       )
et al.,                       )
                              )
     Plaintiffs,              )
                              )     CIVIL ACTION NO.
     v.                       )      2:23cv122-MHT
                              )          (WO)
BIG'S TRUCKING, et al.,       )
                              )
     Defendants.              )
```

ORDER

This case is before the court on the plaintiffs' motion to extend time to serve three defendants: defendants Big's Trucking, Pamela Tarter, and Jeffrey Tarter. For the following reasons, the motion will be granted.

Based on the representations made on the record during a hearing on December 12, 2023, the court entered an order directing the plaintiffs, by January 9, 2024, to complete service of the unserved defendants

and file notice of whether service was accomplished, or take other appropriate action to advance or resolve the action against said defendants.  The plaintiffs then served defendant Outlaw Express, LLC on December 16.  On the same day, the plaintiffs, through a process server, attempted to serve the remaining three unserved defendants, Jeffrey and Pamela Tarter and Big's Trucking, all of whom share the same address.  When the process server went to the Tarters' address, he spoke to Jeffrey Tarter through the Ring doorbell, who explained that he and Pamela Tarter were out of town and would be until after the holidays.  The process server explained that he was there to serve documents, and Tarter promised to make contact upon his return home.  The process server continued to attempt to serve the defendants, and the plaintiffs represent that they have hired an additional company to do so as well.  However, they had not succeeded in effecting service by

2

January 9, and therefore filed the pending motion requesting another 28 days to do so.

The plaintiffs have since filed proof of service for each of the remaining defendants, showing that they were served on January 11, 2024. Because the additional extension required is only two days and the plaintiffs experienced some difficulty in effecting service, the court will grant an extension.

***

Accordingly, it is ORDERED that plaintiffs' motion to extend the time for service of process (Doc. 50) is granted to the extent that the deadline is extended to January 11, 2024.

DONE, this the 18th day of January, 2024.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**

3