IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DESMOND BRADLEY,              )
individually and as parent    )
and next friend of C.B., a    )
minor and A.B, a minor,       )
et al.,                       )
                              )
     Plaintiffs,              )
                              )   CIVIL ACTION NO.
     v.                       )     2:23cv122-MHT
                              )         (WO)
BIG'S TRUCKING, et al.,       )
                              )
     Defendants.              )
```

ORDER

Based on the representations made on the record during the hearing on February 7, 2024, it is ORDERED that defendant Ricky Gray's motion to stay discovery (Doc. 57) as to himself is denied for the following reasons. First, the risk of prosecution is limited, as the grand jury has twice declined to indict him, and the local district attorney's office has stated it has no present intent to try to indict him again. Second, though there is a small risk of future prosecution

should the district attorney obtain new evidence, the length of the requested stay is not definite, and could be without end.  Finally, Gray's right against self-incrimination can be adequately protected by his attorney's vigilance as to questioning during his deposition.

It is further ORDERED that Gray's motion to seek guidance (Doc. 57) is denied for the reasons stated during the hearing.

DONE, this the 7th day of February, 2024.

                                       /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE