IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

**DESMOND BRADLEY and ANDREA THOMAS, individually and as parent and next friend of C.B., a minor and A.B, a minor, BRIAN BUERKLE and PAUL CRAIG HARRIS**

      Plaintiffs,

v.

**BIG'S TRUCKING; et al.**

      Defendants.

CIVIL ACTION NO.
2:23cv122-ECM-JTA

## MOTION FOR DEFAULT JUDGMENT

Pursuant to Federal Rule of Civil Procedure 55(b), Plaintiffs Desmond Bradley and Andrea Thomas, individually and as parent and next friend of C.B., a minor, and A.B., a minor, Brian Buerkle, Paul Craig Harris and Tracy Powell, hereby move that default judgment be entered against Defendant Big's Trucking and Pamela Tarter. As evidenced by the "Affidavit in Support of the Request for Entry of Default" (Doc. 72) and the "Exhibit A" (Doc 72-1), attached hereto as Exhibit "A", Defendant Big's Trucking and Pamela Tarter were served with the summons and complaint on January 10, 2024. To date, Defendants have neither appeared in this action nor filed an Answer or response to the Complaint.

WHEREFORE, Plaintiffs Desmond Bradley and Andrea Thomas, individually and as parent and next friend of C.B., a minor, and A.B., a minor, Brian Buerkle and

1

Paul Craig Harris, respectfully request that a default judgment against Defendant Big's Trucking and Pamela Tarter be entered pursuant to Rule 55(b) and that a hearing on damages be scheduled.

                                        Respectfully Submitted,

                                        */s/ W. Bradford Kittrell*

                                        W. BRADFORD KITTRELL (KITTW3444)
                                        ANDY CITRIN INJURY ATTORNEYS
                                        P.O. Box 2187
                                        Daphne, Alabama 36526
                                        T: (251) 888-8400
                                        F: (251) 888-8000
                                        E:brad@citrinlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have on the 10th day of May 2024 I served a copy of the above and foregoing on counsel for all parties by:

\_ \_    Electronic transmission;
\_\_\_    Hand Delivery
\_\_     Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to:
 X   Using the CM/ECF system which will send notification of such to the following:

ERIC D. BONNER
Clark, Hair & Smith, P.C.
1000 Urban Center DR., Ste. 125
Birmingham, AL 35242
Telephone:  (205) 397-2900
Facsimile: (205) 397-2901
E-mail:      ebonner@chslaw.com
Attorney for Defendant Ricky Lynn Gray

Rickman E. Williams, III
Pitts, Pitts and Williams

P.O. Box 527
Selma, AL 36702
Telephone: (334) 875-7213
Facsimile: (334) 874-8218
Email: rwilliams@pittsandpitts.com
Attorney for Plaintiffs

Anna Saunders
Rebecca A. Young
Wilson Elser Moskowitz
     Edelman & Dicker, LLP
1500 Urban Center Drive, Suite 450
Birmingham, AL 35242
Telephone: (205) 709-8990
Facsimile: (205) 709-8979
Email: Rebecca.young@wilsonelser.com
       Anna.saunders@wilsonelser.com

Alex L. Holtsford, Jr.
Holtsford Gilliland Higgins Hitson Howard
     Stevens Tuley & Savarese, PC
P.O. Box 4128
Montgomery, AL 36103
(334) 215-8585
aholtsford@hglawpc.com

                                              */s/ W. Bradford Kittrell*
                                              OF COUNSEL