**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| DESMOND BRADLEY and ANDREA THOMAS, individually and as parent and next friend of C.B., a minor and A.B, a minor and PAUL CRAIG HARRIS, BRIAN BUERKLE and TRACY POWELL, | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:23-cv-00122 |
|     Plaintiffs, | ) ) | |
| v. | ) ) | |
| BIG'S TRUCKING, et al., | ) ) | |
|     Defendant. | | |

**MOTION FOR JUDGMENT ON THE PLEADINGS AND**
**RENEWED MOTION FOR DEFAULT JUDGMENT**

**COME NOW** Plaintiffs Desmond Bradley and Andrea Thomas, individually and as parent and next friend of C.B., a minor, and A.B., a minor, Brian Buerkle, Tracy Powell and Paul Craig Harris, by and through undersigned counsel, and hereby move pursuant to Fed. R. Civ. P. 12(c) for a judgment on the pleadings against Defendant Ricky Gray and renew their request pursuant to Fed. R. Civ. P. 55 for the entry of a default judgment against Defendants Big's Trucking and Pamela Tarter (collectively hereinafter the "Tarter Defendants"), and as grounds state as follows:

1.      On March 18, 2022, Plaintiffs filed their Complaint in the Circuit Court of Lowndes County, Alabama for claims of personal injury and wrongful death against the Defendants including Ricky Gray, Big's Trucking, Pamela Tarter, and Outlaw Express, LLC. (*See* Doc. 1-2).

2.      On March 2, 2023, this matter was removed to the United States District Court for the Middle District of Alabama. (*See* Doc. 1).

JUDGMENT ON THE PLEADINGS

3.        Defendant Ricky Gray's answer was filed on November 29, 2022. (*See* Doc. 1-3, pp. 93-99).

4.        Defendant Gray appeared for his deposition on February 15, 2024. (Deposition attached hereto as Exhibit A).

5.        However, on May 14, 2024, Attorney Bonner withdrew as counsel for Defendant Gray. (*See* Docs.95-96).

6.        Since Attorney Bonner's withdrawal, Defendant Gray has not retained new counsel, nor had any contact with Plaintiffs' counsel. In addition, Defendant Gray has not participated in this action and did not appear before the Court at the Final Pretrial Conference on October 17, 2024.

7.        Rule 12(c) provides "(c) Motion for Judgment on the Pleadings.  After the pleadings are closed – but early enough not to delay trial – a party may move for judgment on the pleadings."

8.        A motion for judgment on the pleadings allows "disposing of cases on the basis of the underlying substantive merits of the parties' claims and defenses as they are revealed in the formal pleadings."  5C Wright & Miller, Fed. Prac. & Proc.: Civil 3d § 1361, at 205-06 (2004). "As numerous judicial opinions make clear, a Rule 12(c) motion is designed to provide a means of disposing of cases when the material facts are not in dispute between the parties and a judgment on the merits can be achieved by focusing on the content of competing pleadings, exhibits thereto, matters incorporated by reference in the pleadings, whatever is central or integral to the claims for relief or defense, and any facts of which the district court will take judicial notice." *Id*. at 206-07.

9.        "Judgment on the pleadings under Rule 12(c) is appropriate when there are no material facts in dispute, and judgment may be rendered by considering the substance of the pleadings and any judicially noticed facts." *Horsley v. Rivera*, 292 F.3d 695, 700 (11th Cir. 2002)

(reversing denial of defendant's motion for judgment on the pleadings). Accordingly, "[j]udgment on the pleadings should be granted if the movant is 'entitled to judgment as a matter of law.'" Moore's Fed. Prac. 3d § 12:38, at 12-138. "The court is not obliged, however, to ignore facts set forth in the complaint that underlie the plaintiff's claim, nor is the court bound by assertions in the complaint that are merely unsupported conclusions of law." *Id*. at 12-138, 139. Here, the pertinent facts are not in dispute and the question before the Court is purely one of law: whether Defendant Ricky Gray is liable to the Plaintiffs for personal injury and wrongful death. It is undisputed that Defendant Ricky Gray was the operator of the tractor-trailer on March 13, 2022, when it failed to stop and crashed into the rear of the Moseley automobile killing Kamryn Moseley and severely injuring Charasma Moseley. Thus, the question is appropriate for resolution on the pleadings.

## DEFAULT JUDGMENT

10.     Defendants Big's Trucking and Pamela Tarter (hereinafter the "Tarter Defendants") were served pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 10, 2024. (*See* Doc. 51-53). The applicable time limit for the Tarter Defendants to appear or otherwise respond to this action under Rule 12 of the Federal Rules of Civil Procedure expired on January 31, 2023. No attorney has appeared on behalf of the Tarter Defendants to defend them, nor have the Tarter Defendants filed answers in this matter.

11.     Plaintiffs filed their *Application for Entry of Default* pursuant to Federal Rule of Civil Procedure 55(b) on March 14, 2024. (*See* Doc. 72). The *Clerk's Entry of Default* was entered on April 9, 2024. (*See* Doc. 92).

**WHEREFORE**, premises considered, Plaintiffs request that this Honorable Court enter a judgment on the pleadings as to Defendant Ricky Gray and enter default judgment against Defendants Big's Trucking and Pamela Tarter.

**RESPECTFULLY** submitted this 13th day of November, 2024.

3

Respectfully submitted,

*/s/ W. Bradford Kittrell*
W. Bradford Kittrell (KIT3444)


OF COUNSEL:
ANDY CITRIN INJURY ATTORNEYS, P.C.
Andrew T. Citrin
Brett W. Aaron
1703 MAIN STREET
P.O. Drawer 2187
Daphne, AL  36526
Telephone:    (251) 888-8400
Facsimile:    (251) 888-8000
brad@citrinlaw.com
andy@citrinlaw.com
brett@citrinlaw.com


**CERTIFICATE OF SERVICE**

I hereby certify a copy of the above and foregoing has been served on the following counsel of record via CM/ECF and Certified U.S. Mail this the 13th day of November 2024.

Ricky Gray
4729 Williams Road
Milton, FL 32571

Outlaw Express, LLC
c/o Brian Lipford
6979 Birchwood Road
Grand Ridge, FL 32442

Jeffrey Tarter
1174 Branch Drive
Grand Ridge, FL 32442

Pamela Tarter
1174 Branch Drive
Grand Ridge, FL 32442

Big's Trucking
c/o Pamela Tarter
1174 Branch Drive
Grand Ridge, FL 32442

5

*/s/ W. Bradford Kittrell*
OF COUNSEL