IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DESMOND BRADLEY, ANDREA THOMAS, individually and as Parent and Next Friend of C.B., a Minor, and A.B., a Minor, PAUL C. HARRIS, BRIAN BUERKLE, and TRACY POWELL;<br><br>*Plaintiffs*,<br><br>v.<br><br>BIG'S TRUCKING, RICKY GRAY, et al;<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NUMBER: 2:23-cv-00122-ECM-JTA |

**PLAINTIFF'S STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiffs, by and through undersigned Counsel, and pursuant to Rule 41(a)(1) respectfully moves this Honorable Court to enter an Order dismissing the above-styled action, *with prejudice*. In support of this, the Plaintiffs state as follows:

1. This matter was initiated by removal from the Circuit Court of Lowndes County, AL (case number 45-CV-2022-900014) on March 2, 2023. One of the only viable Defendants to this action, Amerisourcebergen Drug Corporation, has already been terminated by action of this Court: *as of 09/04/2024*. The claims against other remaining viable Defendants Commercial Express, Inc., and Ricky Gray**,** were consumed by the bankruptcy of Commercial Express in the United States Bankruptcy Court for the Middle District of Florida. Commercial Express' claims in this Court were terminated on *09/04/2024,* and then the uninsured driver for Commercial Express, Ricky Gray was also terminated in this court on *05/16/2024.*

2. The Plaintiffs seek dismissal because the claims and issues raised were litigated and settled in that Court. (See the attached Exhibits).

3. The remaining *pro se* Defendants, upon Plaintiffs' investigation, have no assets or insurance to warrant the further prosecution of this action. No prejudice will result if this matter is dismissed with prejudice.

WHEREFORE, premises considered, Plaintiffs respectfully request this Honorable Court enter an Order dismissing this case **with prejudice**, each party to bear its own costs.

                                Respectfully submitted,

                                */s/ W. Bradford Kittrell*
                                W. Bradford Kittrell (KIT008)
                                *Attorney for Plaintiffs*

**OF COUNSEL:**
Andy Citrin Injury Attorneys, P.C.
Post Office Box 2187
1703 Main Street
Daphne, Alabama 36526
(251) 888-8888

                                */s/ Rickman Edgar Williams, III*
                                *(with permission)*
                                Rickman Edgar Williams, III
                                *Attorney for Plaintiffs*

**OF COUNSEL:**
Pitts Williams & Jones
Post Office Box 527
Selma, AL 36702
334-875-7213
Fax: 334-874-8218
Email: rwilliams@pittsandpitts.com

**Big's Trucking**
c/o Pamela Tarter
1174 Branch Lane
Grand Ridge, FL 32442
PRO SE

**Ricky Gray**
4729 Williams Road
Milton, FL 32571
PRO SE

**Pamela Tarter**
1174 Branch Lane
Grand Ridge, FL 32442
PRO SE

**Jeffrey Tarter**
1174 Branch Drive

Grand Ridge, FL 32442
PRO SE

**Outlaw Express, LLC**
c/o Brian Lipford
6979 Birchwood Road
Grand Ridge, FL 32442
PRO SE

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 29th day of December 2025, I filed the foregoing using the CM/ECF system, which will send notification via email to all counsel of record.

                                  */s/ W. Bradford Kittrell*
                                  OF COUNSEL